UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

v.

MARCH 15, 2005

JOSE TIRADO

## MOTION FOR EXTENSION OF TIME TO CONTINUE JURY SELECTION

Pursuant to Local Rule 7 (b), the defendant, Jose Tirado, hereby requests an extension of time of 60 days in which to commence jury selection in the above-captioned matter. This is the first motion for such an extension of time of jury selection.

Defense counsel is requesting this continuance due to the fact that this is a very old case, in addition to the fact that the undersigned counsel received the discovery associated with this case, yesterday, 3/14/2005.

Defense counsel has confirmed that AUSA David Vatti has no objection to this motion.

JOSE TIRADO,

By_____
Atty. Bethany L. Phillips
FedBar # ct19802

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class this 15th day of March, 2005, in compliance with the local rules of practice and / or procedure to the persons and / or entities listed below.

_____
Bethany L. Phillips

1. David Vatti, U.S. Attorney's Office, 450 Main St., Hartford, CT 06103
2. Jose Tirado, 44 Home Terrace, East Hartford, CT 06108