UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

v.

JOSE TIRADO

MARCH 15, 2005

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9 (b), the defendant, Jose Tirado, hereby requests an extension of time of 60 days in which to file pretrial motions, requests, and/or notices. This is the first motion for such an extension of time. This request is made in order to allow defense counsel sufficient time to review and analyze the government's substantial document disclosure received by this office yesterday, 3/14/05.

Defense counsel has confirmed that AUSA David Vatti has no objection to this motion.

JOSE TIRADO,

By_____
Atty. Bethany L. Phillips
FedBar # ct19802

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class this 15th day of March, 2005, in compliance with the local rules of practice and / or procedure to the persons and / or entities listed below.

                                                                                                      _____
                                                                                                      Bethany L. Phillips

1. David Vatti, U.S. Attorney's Office, 450 Main St., Hartford, CT 06103
2. Jose Tirado, 44 Home Terrace, East Hartford, CT 06108