# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JOSE TIRADO

NO. 3 : 02 CR 4 (AWT)

MARCH 16, 2005

## AFFIDAVIT OF JOSE TIRADO

1. My name is Jose Tirado. I am over 18 years of age and believe in the obligation of an oath.

2. I am a defendant in the above-entitled case.

3. I am represented in this case by Attorney Bethany Phillips.

4. I understand that under the United States Constitution and the Federal Speedy Trial Act, that I have a right to a speedy trial, such that I would be entitled to a jury trial on these charges within 70 days of the first presentment on the indictment.

5. I hereby waive my rights to a speedy trial so that Atty. Phillips can continue to prepare my defense and so that she can obtain discovery from the government.

6. I also hereby agree that all continuances granted pursuant to Attorney Phillips's requests may be excluded from Speedy Trial Act computations. This waiver and agreement shall remain effective until May 31, 2005.

7. I acknowledge that this speedy trial waiver is necessary due to the fact that Atty. Phillips has recently been appointed to my case on 2/11/05 and will need more time to adequately prepare for trial.

DEFENDANT,

By _____
Jose Tirado

Subscribed and sworn to before me on this 16th day of March, 2005.

_____
Commissioner of the Superior Court
Bethany L. Phillips

- 2 -

## CERTIFICATION

I hereby certify that on 3/17/2005, a copy of the attached was served in accordance with the applicable Rules of Practice and/or Procedure on the people and/or entities listed below.

DEFENDANT

By _____

Atty. Bethany L. Phillips

AUSA David Vatti, U.S. ATTORNEY'S OFFICE   (Government)
    450 Main Street, Hartford CT 06103

Mr. Jose Tirado
    44 Home Terrace, East Hartford CT 06108