```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :
                               :
     v.                        :    CASE NO: 3:02CR4 (AWT)
                               :
JOSE TIRADO                    :
```

**ENDORSEMENT ORDER**

The defendant's motion to continue jury selection (Doc. No. 147) and the defendant's motion for extension of time to file pretrial motions (Doc. No. 148) are hereby GRANTED; the court finds that the interests of justice served by continuing jury selection to June 10, 2005 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. 3161(h)(8)(B)(iv). Accordingly, the speedy trial time shall be excluded from April 8, 2005 to June 10, 2005.

It is so ordered.

Dated at Hartford, Connecticut on this 4th day of April 2005.

                                    _____/s/_____
                                    Alvin W. Thompson
                                    United States District Judge