**UNITED STATES DISTRICT COURT**
                       **DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA        :
                                :
    v.                             :     CASE NO: 3:02CR4 (AWT)
                                :
JOSE TIRADO                     :


                       **MODIFIED SCHEDULING ORDER**


    1. The defendant shall file any motions, such as motions to dismiss or motions to suppress, together with memoranda in support thereof, on or before **April 29, 2005.** The government shall file its responses to any such motions, together with supporting memoranda, on or before **May 13, 2005.** The defendant shall file any reply to any such responses no later than **May 20, 2005.**

    2. Any evidentiary hearings or oral argument with respect to such motions, or a status conference in the event there are no such motions, shall take place on **May 27, 2005** at **1:00 p.m.** The government shall, and the defendant may, submit proposed findings of fact and conclusions of law by no later than **12:00 noon** on **May 23, 2005.**

    3. Jury selection shall take place on **June 10, 2005** at **9:00 a.m.** The parties should be prepared to commence trial immediately thereafter. Proposed voir dire questions and proposed jury instructions shall be filed with the court and served on opposing counsel no later than **June 3, 2005.**

4. Any pre-trial applications are to be referred to the undersigned absent exigent circumstances or explicit authorization to the contrary.

5. Courtesy copies of all documents filed in this action shall be submitted to the chambers of the Honorable Alvin W. Thompson, Room 240, 450 Main Street, Hartford, CT. Copies of all documents filed in this action relating to questions of pretrial release or detention shall also be submitted directly to the United States Probation Office at 450 Main Street, Hartford, CT.

6. This schedule may be altered only by a superseding order of the court upon a showing that the ends of justice are served thereby and that they outweigh the interest of the public and the defendant in a speedy trial.

7. Any motion by the defendant for a continuance shall be accompanied by a statement of whether, in the defendant's view, the continuance would adversely affect the defendant's rights under the Speedy Trial Act, Title 18, United States Code, Section 3161 <u>et</u> <u>seq.</u> and the speedy trial provisions of the Sixth Amendment of the United States Constitution. In the event the court grants any application by the defendant for a continuance, the government shall submit a proposed form of

order excluding time from computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h).

It is so ordered.

Dated at Hartford, Connecticut on this <u>4th</u> day of April 2005.

<pre>
                          /s/
                  Alvin W. Thompson
              United States District Judge
</pre>

- 3 -