**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

                                    NO. 3 : 02 CR 4 (AWT)

v.

JOSE TIRADO                         MAY 27, 2005

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9 (b), the defendant, Jose Tirado, hereby requests an extension of time of 30 days in which to file pretrial motions, requests, and/or notices. This is the second motion for such an extension of time.

Defense counsel is in active negotiations with the Government and more time is needed to effectuate a resolution in this matter. Additionally, the undersigned counsel will be on vacation from May 29, 2005, and will not return to the office until June 7, 2005.

Defense counsel has confirmed that AUSA David Vatti has no objection to this motion.

                                    JOSE TIRADO,

                                    By_____
                                    Atty. Bethany L. Phillips
                                    FedBar # ct19802

- 2 -

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class this 27th day of May, 2005, in compliance with the local rules of practice and / or procedure to the persons and / or entities listed below.

_Bethany L. Phillips_

Bethany L. Phillips

1. David Vatti, U.S. Attorney's Office, 450 Main St., Hartford, CT 06103
2. Jose Tirado, 44 Home Terrace, East Hartford, CT 06108
3. Hon. Alvin W. Thompson, U.S. District Court, 450 Main St., Hartford, CT 06103

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051-2604 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771