**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

v.

JOSE TIRADO

MAY 27, 2005

## MOTION FOR EXTENSION OF TIME TO CONTINUE JURY SELECTION

Pursuant to Local Rule 7 (b), the defendant, Jose Tirado, hereby requests an extension of time of 60 days in which to commence jury selection in the above captioned matter. Currently, jury selection is scheduled to commence on June 10, 2005. This is the second motion for such an extension of time of jury selection.

Defense counsel is requesting this continuance due to the fact that she will be on vacation from May 29, 2005, and not return to the office until June 7, 2005. Additionally, defense counsel is in active negotiations with the government, and working towards a potential resolution in this case.

Defense counsel has confirmed that AUSA David Vatti has no objection to this motion.

JOSE TIRADO,

By_____
Atty. Bethany L. Phillips
FedBar # ct19802

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051-2604 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

- 2 -

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class this 27th day of May, 2005, in compliance with the local rules of practice and / or procedure to the persons and / or entities listed below.

Bethany L. Phillips

1. David Vatti, U.S. Attorney's Office, 450 Main St., Hartford, CT 06103
2. Jose Tirado, 44 Home Terrace, East Hartford, CT 06108
3. Hon. Alvin W. Thompson, U.S. District Court, 450 Main St., Hartford, CT 06103