## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JOSE TIRADO

NO. 3 : 02 CR 4 (AWT)

MAY 27, 2005

### AFFIDAVIT OF JOSE TIRADO

1. My name is Jose Tirado. I am over 18 years of age and believe in the obligation of an oath.

2. I am a defendant in the above-entitled case.

3. I am represented in this case by Attorney Bethany Phillips.

4. I understand that under the United States Constitution and the Federal Speedy Trial Act, that I have a right to a speedy trial, such that I would be entitled to a jury trial on these charges within 70 days of the first presentment on the indictment.

5. I hereby waive my rights to a speedy trial so that Atty. Phillips can continue to prepare my defense and so that she can obtain discovery from the government.

6. I also hereby agree that all continuances granted pursuant to Attorney Phillips's requests may be excluded from Speedy Trial Act computations. This waiver and agreement shall remain effective until August 31, 2005.

7.   I acknowledge that this speedy trial waiver is necessary due to the fact that Atty. Phillips has recently was appointed to my case on 2/11/05. I further acknowledge that my attorney is in active negotiations with the government and will need more time to resolve my case.

DEFENDANT,

By *Jose A Tirado*
Jose Tirado

Subscribed and sworn to before me on this 27 day of May, 2005.

_____
Commissioner of the Superior Court
Bethany L. Phillips

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771