```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :
                               :
     v.                        :    CASE NO: 3:02CR4 (AWT)
                               :
JOSE TIRADO                    :
```

**ENDORSEMENT ORDER**

The defendant's motion to continue jury selection (Doc. No. 161) and the defendant's motion for extension of time to file pretrial motions (Doc. No. 160) are hereby GRANTED; the court finds that the interests of justice served by continuing jury selection to August 12, 2005 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. 3161(h)(8)(B)(iv). Accordingly, the speedy trial time shall be excluded from June 10, 2005 to August 12, 2005.

It is so ordered.

Dated at Hartford, Connecticut on this 9th day of June 2005.

```
                                        /s/
                                 Alvin W. Thompson
                              United States District Judge
```