UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT HARTFORD*
August 3, 2005
*Kevin F. Rowe, Clerk*
By S. R. Smith
*Deputy Clerk*

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 3:02CR4 (AWT) |
| v. | : VIOLATION: 21 U.S.C. Sec. 843(b)(Use of a Telephone to Facilitate the Commission of a Narcotics Felony |
| JOSE TIRADO a.k.a. "Chucho" | |

## SUBSTITUTE INFORMATION

The United States Attorney charges:

### Count One

On or about December 16, 2001, in the District of Connecticut, JOSE TIRADO, the defendant herein, knowingly, intentionally and unlawfully used a communication facility, that is a telephone, to facilitate the knowing, intentional and unlawful possession with intent to distribute cocaine, a Schedule II controlled substance, which action is prohibited by the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PETER D. MARKLE
CHIEF, DRUG TASK FORCE

S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY