United States District Court
District of Connecticut
FILED AT HARTFORD
August 3, 2005
By S. L. Smith
Deputy Clerk

# United States District Court

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :          **WAIVER OF INDICTMENT**

v.                                :

___Jose Tirado___                 :          DOCKET NO.  3:02CR04(AWT)

I, __Jose Tirado_____, the above named defendant, who is accused of Use

of a Telephone to Facilitate the Commission of a Drug Trafficking Felony, in violation of Title 21,

United States Code, Section 843(b), being advised of the nature of the charge, the proposed

substitute information, and of my rights, hereby waive in open court on August 3, 2005

prosecution by indictment and consent that the proceeding may be by information rather than

by indictment.

_____
Defendant
Jose Tirado

_____
Counsel for Defendant
Bethany Phillips, Esq.

Before _____
                    *Judicial Officer*

Honorable Alvin W. Thompson
United States District Judge