UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
August 3, 2005
Kevin F. Rowe, Clerk
By S.L. Smith
Deputy Clerk

UNITED STATES OF AMERICA  :
                          :
v.                        :   Criminal No. 3:02CR4 (AWT)
                          :
JOSE TIRADO               :

PETITION TO ENTER PLEA OF GUILTY
PURSUANT TO RULES 10 AND 11 OF
THE FEDERAL RULES OF CRIMINAL PROCEDURE

The above-named defendant respectfully petitions this Court to permit (him)/her to plead "GUILTY" to ~~Count(s)~~ Substitute One of the Indictment/Information in Criminal No. 3:02CR4 (AWT).

The following is my own statement as to what occurred, which shows that I am, in fact, guilty of each charge to which I am now offering to plead "Guilty." [Defendant must set forth, in (his)/her own handwriting, or through an interpreter, (his)/her own statement as to each count with which (he)/she is charged. Use additional sheets if necessary and attach to this petition.]

I USED A telephone with the Intent Cocaine it to Possess and Distribute in the Amount of 100 Gram out less then 200 Gram.

-2-



I declare that I offer my plea of "GUILTY" freely and voluntarily and of my own accord. I also declare that my attorney has explained to me, and I understand, the statements set forth in the Indictment/Information and in this petition and in the "Certificate of Counsel" attached to this petition.

-3-

I request that the Court enter now my plea of "GUILTY" as set forth above in reliance upon my statements in this petition.

Signed by me in open court in the presence of my attorney at Hartford, Connecticut, this _3rd_ day of ___August___, 2005.

_____
Defendant

-4-
### CERTIFICATE OF COUNSEL

The undersigned, as attorney and counselor for the defendant, _Jose Tirado_, hereby certifies as follows:

(1) I have read and fully explained to the defendant all the accusations against the defendant which are set forth in the Indictment/Information [Substitute] in this case;

(2) To the best of my knowledge and belief each statement set forth in the foregoing petition is in all respects accurate and true;

(3) The plea of "GUILTY," as offered by the defendant in the foregoing petition, accords with my understanding of the facts as related to me by the defendant, and is consistent with my advice to the defendant;

(4) In my opinion, the defendant's waiver of the reading of the Indictment/Information [Substitute] in open court, and of all further proceedings upon arraignment as provided in the Federal Rules of Criminal Procedure, is voluntarily made; the defendant understood what he/she was doing when he/she waived the reading; and I recommend to the Court that the waiver be accepted by the Court;

(5) In my opinion the plea of "GUILTY," as offered by the defendant in the foregoing petition, is voluntarily and understandingly made, and I recommend to the Court that the plea of "GUILTY" be now accepted and entered on behalf of the defendant as requested in the defendant's petition;

-5-

(6) I have read and understood and explained to the defendant all the provisions of Rules 10 and 11 of the Federal Rules of Criminal Procedure, and I believe the defendant understands the substance of both of those Rules;

(7) I have caused a copy of the foregoing petition, completed by the defendant, to be delivered to the Assistant United States Attorney in charge of this case prior to the parties' appearance in court at the plea proceeding.

Signed by me in open Court and in the presence of the defendant above named at Hartford, Connecticut, this 3rd day of August, 2005.

_____
Attorney for the Defendant

## ORDER

Good cause appearing from the foregoing petition of the defendant above named and the certificate of his counsel, and from all proceedings heretofore had in this case, it is hereby ORDERED that the petition be granted and that the defendant's plea of "GUILTY" be accepted and entered as prayed in the defendant's petition and as recommended in the certificate of his counsel.

Done in open court in Hartford, Connecticut, this 3rd day of August, 2005.

Alvin W. Thompson
United States District Judge