UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

v.

OCTOBER 7, 2005

JOSE TIRADO

## MOTION TO CONTINUE SENTENCING DATE AND REQUEST FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE SENTENCING MEMORANDUM

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court to continue the defendant's sentencing date for 30 days, and also allow for an enlargement of time to appropriately file the Defendant's Sentencing Memorandum, for the following reasons:

1. Mr. Tirado entered a guilty plea on August 3, 2005 to one count of a substitute information charging him with Use of a Telephone to Facilitate a Narcotics Trafficking Offense, in violation of Title 21 U.S.C. § 843(b).

2. Mr. Tirado's Sentencing is currently scheduled for Friday, October 21, 2005, at 3:00 PM.

3. Counsel has received relevant information thus far which may aid the Court the time of her client's sentencing, nevertheless, as investigations are ongoing, counsel seeks an extension of time in order to obtain and develop additional

information which Counsel believes will be helpful in effectively preparing the Defendant's Sentencing Memorandum.

4. Counsel also needs additional time to review the Presentence Investigation Report with her client and make any necessary objections to same, before her client is sentenced.

5. Counsel contacted Assistant United States Attorney, Dave Vatti, who has no who has no objection to this request. Additionally, counsel contacted United States Probation Officer, Mark Myers, about the contents of said motion. Officer Myers also has no objection to this request.

This is the first Motion to Continue Sentencing filed by the defendant, and no similar motion has previously been filed with the Court.

WHEREFORE, Counsel prays that her Motion to Continue Sentencing be granted, and that she be given additional time within which to file the Defendant's Sentencing Memorandum.

Respectfully submitted,
Defendant, Jose Tirado

By_____
Atty. Bethany L. Phillips
FedBar # ct19802

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Continue Sentencing was mailed first class postage prepaid on October 7, 2005, to the following persons and / or entities listed below in compliance with the local rules of practice and procedure.

Atty. Bethany L. Phillips

AUSA Dave Vatti
U.S. Attorney's Office
450 Main Street
Hartford, CT  06103

Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Jose Tirado
44 Home Terrace
East Hartford, CT  06108

Officer Mark Myers
U.S. Probation Office
157 Church Street
22nd Floor
New Haven, CT  06511

- 3 -

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

v.

OCTOBER 7, 2005

JOSE TIRADO

### ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE

The court having reviewed the contents of the foregoing Motion, the same is hereby ordered:

GRANTED / DENIED. The defendant's sentencing will be continued until

_____, 2005 at \_\_\_\_ A.M. / P.M.

HON. ALVIN W. THOMPSON
United States District Judge

Dated this \_\_\_ day of October, 2005 at Hartford, Connecticut.

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771