UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

V.

OCTOBER 7, 2005

JOSE TIRADO

## MOTION TO CONTINUE SENTENCING DATE AND REQUEST FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE SENTENCING MEMORANDUM

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court to continue the defendant's sentencing date for 30 days, and also allow for an enlargement of time to appropriately file the Defendant's Sentencing Memorandum, for the following reasons:

1. Mr. Tirado entered a guilty plea on August 3, 2005 to one count of a substitute information charging him with Use of a Telephone to Facilitate a Narcotics Trafficking Offense, in violation of Title 21 U.S.C. § 843(b).

2. Mr. Tirado's Sentencing is currently scheduled for Friday, October 21, 2005, at 3:00 PM.

3. Counsel has received relevant information thus far which may aid the Court the time of her client's sentencing, nevertheless, as investigations are ongoing, counsel seeks an extension of time in order to obtain and develop additional

GRANTED. The sentencing is hereby rescheduled to December 16, 2005 at 3:30 p.m..
Alvin W. Thompson, U.S.D.J.    Hartford, CT   10/20/05