UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JOSE TIRADO

NO. 3 : 02 CR 4 (AWT)

DECEMBER 15, 2005

### DEFENDANT'S MOTION TO WITHDRAW OBEJCTIONTO THE OFFICE OF THE UNITED STATES PROBATION'S MOTION TO CONTINUE SENTENCING

Comes now, the defendant, Jose Tirado, by and through the undersigned attorney, and hereby files this Motion to Withdraw his Objection to the United States Probation's Motion to Continue his sentencing in the above captioned matter. In support thereof, Mr. Tirado asserts as follows:

1. On December 13, 2005, the Office of the United States Probation filed a Motion to Continue Mr. Tirado's sentencing.

2. Mr. Tirado asserted an objection to this motion through counsel.

3. In the interim, by way of discussions with his counsel, Mr. Tirado hereby respectfully moves that the Court withdraw his objection to this Motion.

4. Mr. Tirado and the government have reached an appropriate resolution concerning a modification of his pretrial release that resolves Mr. Tirado having an objection to his sentencing being continued. However, Mr. Tirado respectfully requests, that the Court set his sentencing date for a date not later than January, 20, 2006.

WHEREFORE, Mr. Tirado respectfully requests that the Court grant his Motion to Withdraw his Objection to a Continuation of his Sentencing.

– 2 –

JOSE TIRADO,

By _____
Atty. Bethany L. Phillips
FedBar # ct19802

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Continue Sentencing was mailed first class postage prepaid / hand-delivered or faxed on December 15, 2005, to the following persons and / or entities listed below in compliance with the local rules of practice and procedure.

_____
Atty. Bethany L. Phillips

AUSA Dave Vatti
U.S. Attorney's Office
450 Main Street
Hartford, CT  06103

Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Jose Tirado
44 Home Terrace
East Hartford, CT  06108

Officer Mark Myers
U.S. Probation Office
157 Church Street
22nd Floor
New Haven, CT  06511

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051-2604 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

- 3 -

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

V.

DECEMBER 15, 2005

JOSE TIRADO

### ORDER ON DEFENDANT'S MOTION TO WITHDRAW OBJECTION TO A CONTINUATION OF HIS SENTENCING

The court having reviewed the contents of the foregoing Motion, the same is hereby ordered:

GRANTED / DENIED.  The defendant's sentencing will be continued until

_____, 2006 at ____ A.M. / P.M.

HON. ALVIN W. THOMPSON
United States District Judge

Dated this ___ day of December, 2005 at Hartford, Connecticut.

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051-2604 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771