UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

V.

DECEMBER 15, 2005

JOSE TIRADO

### MOTION TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court to modify his conditions of pretrial release to eliminate the requirement that he be subject to electronic monitoring for the following reasons:

1. Mr. Tirado entered a guilty plea on August 3, 2005 to one count of a substitute information charging him with Use of a Telephone to Facilitate a Narcotics Trafficking Offense, in violation of Title 21 U.S.C. § 843(b).

2. Mr. Tirado's Sentencing was scheduled for Wednesday, December, 14, 2005, at 1:00 PM. Based on a Motion to Continue Sentencing filed by the Office of United States Probation, Mr. Tirado's sentencing has been continued.

3. Currently, Mr. Tirado's conditions of pretrial release include the following:

    a. That his sister and brother in law execute a surety bond as a condition of Mr. Tirado's release and in so doing, pledge the equity they hold in their home.

  b. That Mr. Tirado agree to reside at his sister's home, located at 44 Home Terrace in East Hartford while his case is pending.
  c. That Mr. Tirado be placed on electronic monitoring through U.S. Probation.
  d. That Mr. Tirado possess no firearms.
  e. That Mr. Tirado surrender his passport to his attorney to hold during the pendency of the case, or if he does not possess a passport, that he not obtain same.
  f. That Mr. Tirado possess no narcotics, including marijuana.
  g. That Mr. Tirado will not use narcotics, including marijuana.
  h. That Mr. Tirado will not drink alcoholic beverages.
  i. That Mr. Tirado actively seek and maintain employment.
  j. That Mr. Tirado commit no new offenses in violation of federal, state, or local law.
  k. That Mr. Tirado be subject to random urine screens by U.S. Probation.
  l. That Mr. Tirado comply with any curfew, subject to the curfew set for you by U.S. Probation.
  m. That Mr. Tirado will have no contact with any of your codefendants.
  n. That Mr. Tirado not leave the State of Connecticut.

4. To date, Mr. Tirado has been compliant will all terms and conditions of his release set by Judge Smith.

5. Mr. Tirado continues to attend drug treatment / counseling. Additionally, Mr. Tirado was recently involved in back to back automobile accidents (neither of which were his fault), and needs to recuperate from same.

6. Counsel contacted Assistant United States Attorney, Dave Vatti, who has no who has no objection to this request.

This is the first Motion to Modify the Conditions of Pretrial Release filed by the defendant, and no similar motion has previously been filed with the Court.

WHEREFORE, Counsel prays that her Motion to Modify the Conditions of Pretrial Release be modified to remove the condition that the defendant be subject to electronic monitoring.

                                                Respectfully submitted,
                                                Defendant, Jose Tirado

                                                By_____
                                                Atty. Bethany L. Phillips
                                                FedBar # ct19802

### **CERTIFICATION**

     I hereby certify that a copy of the foregoing Motion to Continue Sentencing was mailed first class postage prepaid on December 15, 2005, to the following persons and / or entities listed below in compliance with the local rules of practice and procedure.

                                                _____
                                              Atty. Bethany L. Phillips

AUSA Dave Vatti
U.S. Attorney's Office
450 Main Street
Hartford, CT 06103

Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT 06103

Officer Mark Myers
U.S. Probation Office
157 Church Street
22nd Floor
New Haven, CT 06511

Officer Brian Topor / Officer Kattya Lopez
U.S. Probation Office
450 Main Street
Hartford, CT 06103

Jose Tirado
44 Home Terrace
East Hartford, CT 06108

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

v.

DECEMBER 15, 2005

JOSE TIRADO

ORDER ON DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE

The court having reviewed the contents of the foregoing Motion, the same is hereby ordered:

GRANTED / DENIED.

_____
HON. ALVIN W. THOMPSON
United States District Judge

Dated this ___ day of December, 2005 at Hartford, Connecticut.

- 4 -