```
                                              FILED

    UNITED STATES DISTRICT COURT
       DISTRICT OF CONNECTICUT           2005 DEC 15  P 3: 45
```

UNITED STATES OF AMERICA

US DISTRICT COURT
HARTFORD CT

NO. 3:02 CR 4 (AWT)

v.

DECEMBER 15, 2005

JOSE TIRADO

## MOTION TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court to modify his conditions of pretrial release to eliminate the requirement that he be subject to electronic monitoring for the following reasons:

1. Mr. Tirado entered a guilty plea on August 3, 2005 to one count of a substitute information charging him with Use of a Telephone to Facilitate a Narcotics Trafficking Offense, in violation of Title 21 U.S.C. § 843(b).

2. Mr. Tirado's Sentencing was scheduled for Wednesday, December, 14, 2005, at 1:00 PM. Based on a Motion to Continue Sentencing filed by the Office of United States Probation, Mr. Tirado's sentencing has been continued.

3. Currently, Mr. Tirado's conditions of pretrial release include the following:

   a. That his sister and brother in law execute a surety bond as a condition of Mr. Tirado's release and in so doing, pledge the equity they hold in their home.

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford CT (12/20/05)

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771