173

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 DEC 15 P 3: 45

US DISTRICT COURT

UNITED STATES OF AMERICA

NO. 3:02CR004 (AWT)

v.

DECEMBER 15, 2005

JOSE TIRADO

### DEFENDANT'S MOTION TO WITHDRAW OBEJCTIONTO THE OFFICE OF THE UNITED STATES PROBATION'S MOTION TO CONTINUE SENTENCING

Comes now, the defendant, Jose Tirado, by and through the undersigned attorney, and hereby files this Motion to Withdraw his Objection to the United States Probation's Motion to Continue his sentencing in the above captioned matter. In support thereof, Mr. Tirado asserts as follows:

1. On December 13, 2005, the Office of the United States Probation filed a Motion to Continue Mr. Tirado's sentencing.
2. Mr. Tirado asserted an objection to this motion through counsel.
3. In the interim, by way of discussions with his counsel, Mr. Tirado hereby respectfully moves that the Court withdraw his objection to this Motion.
4. Mr. Tirado and the government have reached an appropriate resolution concerning a modification of his pretrial release that resolves Mr. Tirado having an objection to his sentencing being continued. However, Mr. Tirado respectfully requests, that the Court set his sentencing date for a date not later than January, 20, 2006.

WHEREFORE, Mr. Tirado respectfully requests that the Court grant his Motion to Withdraw his Objection to a Continuation of his Sentencing. **GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford CT 12/20/05

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051-2604 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771