

**Wheeler Clinic**
fostering positive change

June 8, 2005

Kattya Lopez
US Courthouse
Federal Probation
450 Main Street
Room 735
Hartford, CT 06103

Re: Jose Tirado
DOB: 07-13-1969

**REDISCLOSURE PROHIBITED**
"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

Dear Ms Lopez:

The purpose of this letter is to verify that, effective June 9, 2005; the above named client successfully completed the intensive, substance abuse, Evening Treatment Program. The program meets on Monday, Wednesday, and Thursday evenings from 5:30 PM - 9:30 PM.

The client attended a total of 22 intensive program sessions. Mr. Tirado attended treatment from April 20, through June 9, 2005. Throughout treatment, Mr. Tirado was an active group participant, was compliant with all treatment requirements, and expressed a commitment to ongoing sobriety and personal growth. All toxicology screens taken during treatment returned with negative results. The client's aftercare plan includes a referral to a weekly, Relapse Prevention Therapy group with Judy Lydecker. Mr. Tirado is scheduled to begin his aftercare group on June 16, 2005 at 6:00 PM.

Additional aftercare recommendations include: 1) That the client remain abstinent from alcohol and all (non-prescribed) mood-altering substances; 2) That the client continue to attend a minimum or three (3) Twelve-Step (AA/NA) self-help support meetings per week and maintain regular contact with his program sponsor.

If you wish to verify Mr. Tirado's attendance and participation with the Relapse Prevention aftercare group you may contact Judy Lydecker at (860) 793-3893.

Sincerely,

Catherine Corcoran
Case Manager
Intensive Outpatient Program

CC: Jose Tirado

# WheelerClinic
*fostering positive change*

## Certificate of Achievement

### Jose Tirado

*Successfully completed Evening Intensive Recovery Program*

Diana Gay, LCSW
Licensed Clinical Social Worker
Intensive Out Patient Therapist

Ray Muszynski, MS, LADC, LPC
Coordinator of Adult Substance Abuse Programs



OCT 2 6 2005

October 18, 2005

Attorney Bethany Phillips
Advocates Law Firm
11 Franklin Square
New Britain, CT 06051-2604

> **REDISCLOSURE PROHIBITED**
>
> "This information has been disclosed to you from records protected by Federal confidentiality rules (42-CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

**RE: Jose Tirado**
**D.O.B.: 07/13/69**

Dear Attorney Phillips,

This letter is to verify that the above named client is currently participating in the Relapse Prevention Group at the Wheeler Clinic.

He has attended 15 groups from 06/13/05 to 10/17/05. Members of this group commit to a minimum of 12 weeks of treatment, one time per week for an hour and a half. Individuals in this group also agree to attend at a minimum of 2 twelve step meetings per week. Members also gain knowledge and learn coping skills that will help them maintain their abstinence from all non-prescribed mood-altering chemicals. Similarly, they agree to random tox screen while in treatment. Finally, individuals will develop insight regarding addictive behaviors that underlie all addictive processes.

Mr. Tirado's participation in group has been excellent. He is open to feedback and is active in providing others with feedback as well. Mr. Tirado denies any substance use and to date, all tox screens have been returned as negative for all substances. Upon completion of his 12th RPG session, Mr. Tirado requested additional sessions to further support his recovery efforts while awaiting sentencing for his upcoming court case. Based on his level of motivation at this time, active participation in group and, and negative toxicology screens

Please contact me at (860) 793-3734 if you require any further information.

Sincerely,

*[signature]*

Gina Vice, Psy.D.
Psychotherapist
Department of Special Services

CC: JT, KL




November 23, 2005

Kattia Lopez
Federal Probation
450 Main Street, Room 735
Hartford, CT 06103

**REDISCLOSURE PROHIBITED**

"This information has been disclosed to you from records protected by Federal confidentiality rules (42-CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

**RE: Jose Tirado**
**DOB: 07/13/69**

Dear Kattia,

This letter is to verify that as of November 21st, 2005, the above named client successfully completed the Relapse Prevention Group at the Wheeler Clinic.

Mr. Tirado attended 18 sessions of the Relapse Prevention Group between 06/13/05 to 11/21/05. Members of this group commit to at least 12 weeks of treatment, one time per week for an hour and a half. Individuals also agree to random tox screens and attendance at a minimum of one twelve step meetings per week. In addition, they gain knowledge and learn coping skills that will help them maintain their abstinence from all non-prescribed mood-altering chemicals.

Mr. Tirado was an active group participant in all group sessions. Following his 12th session, Mr. Tirado volunteered to attend additional groups to support his recovery efforts given the additional stressors of pending incarceration. He was open to exploring reality of these events and was able to accept personal responsibility for his actions. He was active in attending at least 2 AA meetings per week and reported a continued interest in attending following this episode of treatment. All tox screens were returned as negative and this is consistent with his self-report of no use while in treatment. Overall, Mr. Tirado appears committed to his recovery and continued personal growth.

Please contact me at (860) 793-3734 if you require any further information.

Sincerely,

Gina Vice, Psy.D.
Psychotherapist
Adult Outpatient Services

CC: JT; Attorney Bethany Phillips

thwest Drive · Plainville, CT 06062 · Tel: 860-793-3500 · Fax: 860-793-3520 · www.wheelerclinic.org

DTC 1
New 3/88

CADAC
DUTCHER TREATMENT CENTER
SHORT DISCHARGE SUMMARY

Adm. # __1__

Pt. Name: Jurado, Jose    Case #: 002-012    DOB: 7-13-69
Adm. Date: 7-14-89    Discharge Date: 7/20/89

Reason for Admission:
Pt. in voluntary for drug detox.

Problems, Treatments and Patient Response:
① PTCA detox - Pt. admitted on Librium, maintained for detox.

Summary of Hospital Course:
Stay uneventful.

Discharge/Aftercare: CA, o/p recommended.

Final Diagnoses: Axis I: Cocaine abuse, Cont. 305.61

Axis II: No Dx  V71.09
Axis III: No Dx  V70.5

Prognosis: poor

Discharged by: _____ / _J. Wierzbinski_ Date Signed: 7/20/89
                                    J. Wierzbinski, M.D.

NOTE: Confidentiality of psychiatric, drug and/or alcohol abuse and HIV records is required and no information from these specific records shall be transmitted to anyone else without written consent or authorization as provided under Connecticut General Statutes. Chapters 899c and 368x and Federal Regulations 42 CFR 2. These laws prohibit you from making any further disclosure without specific written consent of the person to whom it pertains. A general authorization for the release of information is NOT sufficient for this purpose.