

**Catholic Charities**

JOBS FIRST EMPLOYMENT
SERVICES PROGRAM
1137 Main Street
East Hartford, CT 06108
Tel: 860. 622-0766 ext. 5
Fax. 860-622-0766

Re: Jose Tirado

To: Hon. Alvin W. Thompson

This letter is in reference to my brother-in law, Jose Tirado, pending a federal sentencing hearing. I have known Mr. Tirado for about 3 years. Jose has always been kind hearted and has a kind soul. He has made his mistakes in the past, and to a man, has owned up to them and learned from his experiences. Mr. Tirado may not be perfect, but he constantly puts forth the effort to always be a good father, brother, son and a friend.

Statistics show the difficulties of a convicted felon to rehabilitate and assimilate into society after serving time in jail. With the question of the incident in question, Jose has done an exemplary job. He has reconnected with his daughter to become a positive male role model in her life. He has surrounded himself with positive influences and distanced himself from those that can stray him the wrong way. He has simplified his life and committed himself to try to be the best person he can be today. Mr. Tirado has taken the time to confide in me, with personal conversations.

Jose is on his way to establishing a better life for himself. My concern is that, if he is incarcerated, all the progress he's made will be for nothing. When looking at the collective as a whole, it is my opinion that, Mr. Tirado has been and will continue to be an asset to our community. We all have struggles in our lives, some bigger than others. Jose is fortunate to be in a position where there are a lot of people to lend a helping hand or ear as he has done for us at one time or another. Should any of you wish to contact me directly regarding Jose Tirado that I have come to personally know, please call me the number listed above.

Sincerely;

Jose Velazquez

Case Administration Manager/ Retention Specialist

October 1, 2005

Hon. Alvin W. Thompson
United States District Court
Federal Building
450 Main St.
Hartford, CT 06103

My name is Jeannette Cartagena and I'm the mother of Jose Tirado's daughter.  Mr.
Tirado has been and continues to be a good father to our daughter. Currently, our
daughter is 7 years old and she loves when he spends time with her. Mr. Tirado has been
paying child support since we have been separated.  Financially, he has helped me
considerably and I hold no anger towards him.  Many parents don't help to take care of
their own children, but I was one of the lucky one's.  About 5 months ago, my son's
father was murdered and Mr. Tirado took it upon himself to make sure that my children
and I are doing OK.  Jose is a loving person and I don't know if I could have made it this
far without his friendship. I beg for you to give Jose a second chance.


Thank you,

*Jeannette Cartagena*

Jeannette Cartagena

**Hon. Alvin W. Thompson**
**United States District Court**
**Federal Building**
**450 Main St.**
**Hartford, CT 06103**

Dear Judge Thompson,

My name is Elizabeth Berrios I am Jose Tirado's fiancé. I have known Jose well over 10 years and have been his girlfriend for 7 of those 10 years. I am a working mother of three children two of which are teenange boys and as I am sure you know is a full time job in itself. Without Jose here with me has been one of the most trying times of my life. Right now I am going threw some very difficult times. I have to give up my beautiful three bedroom apt to go move in with my girlfriend and her son in a two bedroom apt. Her and I are going to help each other out till I can get back on my feet because I cant afford to do it anymore by myself. If Jose was home and we were both working we could make ends meet. Jose has always been there for me and when I am down he has always been there to pick me up. He has also always been a very hard worker no matter what he does for a living. He gives his all to his jobs even when its something new to him. Jose has also been nothing but a good father to my children and has treated them like they were his own. As a matter of fact Jose has been the only father my 10 year old daughter has known. She calls him daddy even thought she knows who her real father is. I believe Jose would better serve the community out in society rather than incarcerated. I am positive this whole ordeal has been a lesson Jose will never forget.

Sincerely,

Elizabeth Berrios
311 SE 24th Ave
Cape Coral, FL 33990
(239)265-0729

Kashef K. Abbasi
269 Sunnydale Avenue
Bristol, CT 06010
Phone: 860-582-2863

October 10, 2005

Hon. Alvin W. Thompson:

I have known Mr. Jose Tirado since 1997. Mr. Tirado is a first cousin to my wife and a loved family member. In our relations I have known Mr. Tirado to be an honest and trustworthy person. He is a hard working individual and a loving and supporting father figure to his daughter.

I do understand the circumstances to which Mr. Tirado is facing. I would appreciate any leniency in his sentencing process. Mr. Tirado is by far not a bad person and his presence keeps our families together. To know him is to love him….he is that much a wonderful person!

Thank you in advance for any consideration you may have toward Mr. Tirado during his sentencing period.

Respectfully,

*Kashef Abbasi*

Kashef K Abbasi

# MetLife®

September 25, 2005

State of CT Superior Court

Hon. Alvin W Thompson
United States District Court
Federal Building
450 Main Street
Hartford, CT 06103

This letter is concerning the matters of Jose Tirado. I have known Jose Tirado since child hood and consider him a truthful and faithful friend. Through the years I've known Jose he has been a caring and dependable friend that has earned my respect and admiration.

It comes to my attention that Jose has encountered some serious allegations concerning his future. Jose currently holds a full time job and maintains his duties as a husband and father to his family. He has surrounded him self with positive and trustworthy friends. Jose has made tremendous progress with his life and shows a hunger for success.

My concern is that, if he is reincarcerated, all the progress he's made will be for not. I can assure that Jose is no harm to society and asking to please provide Jose with a second opportunity.

If you have any questions or concerns please contact me directly at the number listed below.

Sincerely,

Production Information Engineer
Pablo H. Cortes
1-860-308-8391
PCORTES@METLIFE.com

Dear Judge Thompson

My name is Evelyn Perez
Resident in Florida for
2 years. Single mom of
On Teenage boy of 16 yrs
of Age.
    I met Jose Tirado
4 yrs Ago I am good friends
with his Fiancee and very
Close to her kids.
    I have seen A major
Diffrence in her kids
With out the voice of A
Respectable man in the House
I feel Jose is an Asset
the her kids life. And to
have Jose home with kids
that Are not biologicly his
Show the Good In him.
Also know that when
We are young taking Correct
Paths Are difficult.
Untill We are Adults.
I feel Jose knows and have
known the Correct paths
To Take in life for himself
And Others in his life to
follow in his foot steps ⟶

In my Opinon.

Everyone deserves A
Second chance to
go down the Correct
path

Evelyn Perry
15 SE 24th Ave
Cape Coral FL 33990
Ph. (239) ~~253~~ 878-9954

September 27, 2005

Hon. Alvin W. Thompson
United States District Court
Federal Building
450 Main Street
Hartford, CT 06103

Dear Judge Thompson:

My name is Victor Colon. I am a disabled 50 year old man. I've had six back operations and my rehabilitation will not lead to a positive recovery.

I have been blessed to have Jose Tirado for a friend for the past 8 years. He has helped me numerous times; either physically or just wheeling me to my doctors appointments.

I just want to let you know that Jose is a humble and caring man.

Sincerely,

*Victor Colon*

Victor Colon

*letter of support for Jose Tirado*

Hon. Alvin W. Thompson
United States District Court
Federal Building
450 Main Street
Hartford, CT. 06103

My name is Reynaldo Reyes, my home Home is located at 212 Northwest 22nd Court in Cape Coral, Fla. 33993. I am employed by Lee Memorial Health System in Central Supply as a Materials Handler. I know Mr. Jose Tirado for a little over 5 years he's always been a very respectful and humble person, has always been there for his family. He's an exellent worker ive had the privilage to work aside him in various contruction projects and he's always a very charming person to be around also very caring of his wife and children especially his mother for wich whoom I and Mr. Tirado have done some work for around her house thanks to Mr. Tirados care and attention towards others. Mr. Jose Tirado has a heart of gold i'll miss him for the time hes away, but I'll always be there for him to give him the support in the time of need as he always was there for me in my time of need.

Sincerely yours,  Reynaldo Reyes

*Page 1*

September 21, 2005

Hon. Alvin W. Thompson
United States District Court
Federal Building
450 Main Street
Hartford, CF 06103

Dear Judge Thompson:

My name is Washington Bajaña. I've known Jose Tirado for 4 years. During that time, I had the opportunity and the pleasure of knowing him. He worked as my A/C apprentice; as his supervisor, he always respected me; was helpful and was eager to learn.

I saw a different side of Jose when, in February 2004, I had an electrical fire in my house; for two days, without being asked; he showed up to help me salvage what I could and was just there for moral support.

My family and I are grateful to Jose Tirado for being there when he was needed most. Our prayers go out to him.

Respectfully yours,

Washington Bajaña

September 21, 2005


Hon. Alvin W. Thompson
United States District Court
Federal Building
450 Main Street
Hartford, CT 06103

Dear Judge Thompson:

My name is David Bajaña.  I am an A/C Foreman for R.J. Vann Mechanical.

Jose Tirado and I have been friends for the past 4 years.   We've worked side by side, getting to know a little about each other on a daily basis.

I just want to say that Jose Tirado is a good family man.  Very reliable, dependable, punctual and shows up to work every day.

I am very skeptical about who I bring into my house.  However, Jose Tirado has been welcomed in my house due to the positive values he's shown and charismatic character he invokes.

Hopefully this letter will be helpful towards his behalf.

Sincerely,

David Bajaña

September 21, 2005


Hon. Alvin W. Thompson
United States District Court
Federal Building
450 Main Street
Hartford, CT 06103

Dear Judge Thompson:

My name is Jeanette Bajaña. I am the Secretary to the Director of Construction Services, in the School District of Lee County, located in Ft. Myers, FL.

Please allow me this opportunity to speak on behalf of Jose Tirado.

I have had the pleasure of meeting Jose Tirado through my husband, Washington Bajaña. Throughout their friendship, Jose and I also became friends. Jose has a soft side that not too many people can plainly see. He always respected me, my home, my family, and my friends. He is always ready and able to lend a hand when needed. Therefore, his friendship is cherished and he is always welcome in my home.

Respectfully,

Jeanette Bajaña