## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

**NO. 3 : 02 CR 4 (AWT)**

v.

FEBRUARY 8, 2006

JOSE TIRADO

## <u>MOTION FOR VOLUNTARY SURRENDER</u>

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court to for permission to voluntarily surrender himself to the custody of the Bureau of Prisons following his sentencing.   As grounds in support thereof, Mr. Tirado asserts as follows:

1. Mr. Tirado was subject to the following conditions of pretrial release throughout the pendency of his case:

> a.  That his sister and brother in law execute a surety bond as a condition of Mr. Tirado's release and in so doing, pledge the equity they hold in their home.
> b.  That Mr. Tirado agree to reside at his sister's home, located at 44 Home Terrace in East Hartford while his case is pending.
> c.  That Mr. Tirado be placed on electronic monitoring through U.S. Probation.
> d.  That Mr. Tirado possess no firearms.
> e.  That Mr. Tirado surrender his passport to his attorney to hold during the pendency of the case, or if he does not possess a passport, that he not obtain same.
> f.  That Mr. Tirado possess no narcotics, including marijuana.
> g.  That Mr. Tirado will not use narcotics, including marijuana.
> h.  That Mr. Tirado will not drink alcoholic beverages.

i. That Mr. Tirado actively seek and maintain employment.
j. That Mr. Tirado commit no new offenses in violation of federal, state, or local law.
k. That Mr. Tirado be subject to random urine screens by U.S. Probation.
l. That Mr. Tirado comply with any curfew, subject to the curfew set for you by U.S. Probation.
m. That Mr. Tirado will have no contact with any of your codefendants.
n. That Mr. Tirado not leave the State of Connecticut.

2. On December 20, 2005, the Court granted the Defendant's Motion to Modify the Conditions of Pretrial Release to eliminate the condition that Mr. Tirado be subject to electronic monitoring.

3. To date, Mr. Tirado has been compliant will all terms and conditions of his release.

4. Mr. Tirado was recently involved in back to back automobile accidents has been receiving treatment by a physician for his injuries. He would like to be able to continue his treatment and therapy prior to surrendering to the Bureau of Prisons.

5. Counsel contacted Assistant United States Attorney, Dave Vatti, and U.S Probation Officer, Mark Myers, to inquire about their positions on this motion. Officer Myers has no objection to this request. As of the writing of this Motion, counsel has been unable to reach Atty. Vatti concerning his view on same.

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

WHEREFORE, Counsel prays that her Motion for the Defendant's Voluntary Surrender be granted.

Respectfully submitted,
Defendant, Jose Tirado

By_____
Atty. Bethany L. Phillips
FedBar # ct19802

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion was served on February 8, 2006, to the following persons and / or entities listed below in compliance with the local rules of practice and procedure.

_____
Atty. Bethany L. Phillips

AUSA Dave Vatti
U.S. Attorney's Office
450 Main Street
Hartford, CT  06103

Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Officer Mark Myers
U.S. Probation Office
157 Church Street
22nd Floor
New Haven, CT  06511

Jose Tirado
44 Home Terrace
East Hartford, CT  06108

- 3 -

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

**NO. 3 : 02 CR 4 (AWT)**

v.

**FEBRUARY 8, 2006**

JOSE TIRADO

### ORDER ON DEFENDANT'S MOTION FOR VOLUNTARY SURRENDER

The court having reviewed the contents of the foregoing Motion, the same is

hereby ordered:

GRANTED / DENIED.

_____
HON. ALVIN W. THOMPSON
United States District Judge

Dated this _____ day of February, 2006 at Hartford, Connecticut.

- 4 -