**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
UNITED STATES OF AMERICA      :
                              :
v.                            :     3:02CR00004 (AWT)
                              :
JOSE TIRADO                   :
------------------------------x
```

**NOTICE TO PARTIES**

Pursuant to the plea agreement, the parties have agreed not to seek any departures from the applicable guideline range. However, the court is hereby notifying the parties that, after reviewing the Presentence Report and the parties' submissions, the court has decided to consider whether, in determining the appropriate Guidelines range, it should depart based on the defendant's extraordinary pre-arrest and post-arrest efforts at rehabilitation.

Dated this 8th day of February 2006 at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge