GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/13/06

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JOSE TIRADO

NO. 3 : 02 CR 4 (AWT)

FEBRUARY 8, 2006

## MOTION FOR LEAVE TO FILE DEFENDANT'S SENTENCING MEMORANDUM OUTSIDE OF TIME REQUIRED BY LOCAL RULES

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court for permission to file the Defendant's Sentencing Memorandum outside the time required by D. Conn. L. Cr. R. 32(o). As grounds in support thereof, Mr. Tirado asserts as follows:

1. Mr. Tirado entered a guilty plea on August 3, 2005 to one count of a substitute information charging him with Use of a Telephone to Facilitate a Narcotics Trafficking Offense, in violation of Title 21 U.S.C. § 843(b).

2. Originally, Mr. Tirado's sentencing was scheduled for December 16, 2005. Counsel was married on December 10, 2005 and requested a continuance of same.

3. Subsequently, the sentencing was rescheduled to February 9, 2006 at 10:00 AM.

4. Due to questions concerning Mr. Tirado's prior criminal record, counsel for the defendant, counsel for the government, and Officer Mark Myers of the Office of

United States Probation have discussing same. Because of these discussions, the presentence report was not available to counsel until January 23, 2006, and the amended version until February 2, 2006, although counsel maintains that the Officer Myers continually kept her apprised of the contents of the presentence report prior to its disclosure.

5. Consequently, the defendant's sentencing memorandum was not filed until February 7, 2006.

WHEREFORE, Counsel prays that her Motion for Leave to File the Defendant's Sentencing Memorandum Outside the Time Required by the Local Rules be granted.

Respectfully submitted,
Defendant, Jose Tirado

By_____
Atty. Bethany L. Phillips
FedBar # ct19802

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion was served on February 8, 2006, to the following persons and / or entities listed below in compliance with the local rules of practice and procedure.

_____
Atty. Bethany L. Phillips

AUSA Dave Vatti
U.S. Attorney's Office
450 Main Street
Hartford, CT  06103

Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Jose Tirado
44 Home Terrace
East Hartford, CT  06108

Officer Mark Myers
U.S. Probation Office
157 Church Street
22nd Floor
New Haven, CT  06511

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771