UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :   CRIMINAL NO. 3:02CR4 (AWT)
                                :
        v.                      :
                                :

JOSE TIRADO                     :   APRIL 3, 2006

### THE UNITED STATES' MOTION TO DISMISS
### COUNT 1 OF THE SUPERSEDING INDICTMENT

Pursuant to the plea agreement between the parties, the United States hereby moves to dismiss Count 1 of the Superseding Indictment against Jose Tirado.

>                               Respectfully submitted,
>
>                               KEVIN J. O'CONNOR
>                               UNITED STATES ATTORNEY
>
>
>                               _____
>                               S. DAVE VATTI
>                               ASSISTANT UNITED STATES ATTORNEY
>                               Fed. Bar. No. ct11957
>                               Office of the U.S. Attorney
>                               450 Main Street, Room 328
>                               Hartford, CT 06103
>                               860-947-1101 x49

1

**CERTIFICATION**

    This is to certify that a true copy of the foregoing has been sent via United States mail, first class, postage prepaid, on the 3rd day of April, 2006, to the following counsel of record:

Bethany Phillips, Esq.
Advocates Law Firm, LLC
11 Franklin Square
New Britain, CT 06051

                                    _____
                                    S. DAVE VATTI
                                    ASSISTANT UNITED STATES ATTORNEY