UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR4 (AWT) |
| v. | : | |
| | : | |
| JOSE TIRADO | : | APRIL 3, 2006 |

**THE UNITED STATES' MOTION TO DISMISS
COUNT 1 OF THE SUPERSEDING INDICTMENT**

Pursuant to the plea agreement between the parties, the United States hereby moves to dismiss Count 1 of the Superseding Indictment against Jose Tirado.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar. No. ct11957
Office of the U.S. Attorney
450 Main Street, Room 328
Hartford, CT 06103
860-947-1101 x49

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 4/4/06

1