UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

v.

APRIL 26, 2006

JOSE TIRADO

## MOTION TO EXTEND VOLUNTARY SURRENDER PERIOD

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court to extend the time period for his self-surrender. As grounds in support thereof, Mr. Tirado asserts as follows:

1. The Court sentenced Mr. Tirado on April 3, 2006. As part of his sentence, Mr. Tirado received a period of incarceration.

2. He was given the date of May 3, 2006, on which to self-surrender to a facility designated by the Bureau of Prisons.

3. Due to the backlog of processing designations at the Bureau of Prisons, Mr. Tirado has yet to receive his reporting date and time.

4. Throughout the pendency of this case, Mr. Tirado has been strictly compliant with every condition of his pretrial release. He wishes to extend the time period to voluntarily surrender himself, so he can continue working and receiving treatment for injuries he received in a motor vehicle accident.

5. Counsel contacted Assistant United States Attorney, Dave Vatti, about the contents of this motion. Atty. Vatti has no objection to an extension being granted.

WHEREFORE, Counsel prays that her Motion to Extend the Time for the Defendant's Voluntary Surrender be granted and extended by 30 days or until such time as when Mr. Tirado receives a designation from the Bureau of Prisons.

Respectfully submitted,
Defendant, Jose Tirado

By_____
Atty. Bethany L. Phillips
FedBar # ct19802

- 2 -

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

## CERTIFICATION

     I hereby certify that a copy of the foregoing Motion was served on April 26, 2006, to the following persons and / or entities listed below in compliance with the local rules of practice and procedure.

                                                   Atty. Bethany L. Phillips

AUSA Dave Vatti
U.S. Attorney's Office
450 Main Street
Hartford, CT 06103

Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT 06103

Officer Mark Myers
U.S. Probation Office
157 Church Street
22nd Floor
New Haven, CT 06511

Jose Tirado
44 Home Terrace
East Hartford, CT 06108

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

v.

APRIL 26, 2006

JOSE TIRADO

### ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF VOLUNTARY SURRENDER PERIOD

The court having reviewed the contents of the foregoing motion, the same is hereby ordered:

GRANTED / DENIED.

_____
HON. ALVIN W. THOMPSON
United States District Judge

Dated this ____ day of _____, 2006 at Hartford, Connecticut.

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771