

192



FILED

2006 APR 27 A II: 15

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

**NO. 3 : 02 CR 4 (AWT)**

V.

APRIL 26, 2006

JOSE TIRADO

### MOTION TO EXTEND VOLUNTARY SURRENDER PERIOD

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court to extend the time period for his self-surrender. As grounds in support thereof, Mr. Tirado asserts as follows:

1. The Court sentenced Mr. Tirado on April 3, 2006. As part of his sentence, Mr. Tirado received a period of incarceration.

2. He was given the date of May 3, 2006, on which to self-surrender to a facility designated by the Bureau of Prisons.

3. Due to the backlog of processing designations at the Bureau of Prisons, Mr. Tirado has yet to receive his reporting date and time.

4. Throughout the pendency of this case, Mr. Tirado has been strictly compliant with every condition of his pretrial release. He wishes to extend the time period to voluntarily surrender himself, so he can continue working and receiving treatment for injuries he received in a motor vehicle accident.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 05/02/06

FILED 2006 MAY -2 P 12:22 U.S. DISTRICT COURT HARTFORD, CT.

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771