UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

v.

MAY 24, 2006

JOSE TIRADO

### SECOND MOTION TO EXTEND VOLUNTARY SURRENDER PERIOD

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court to extend the time period for his self-surrender. As grounds in support thereof, Mr. Tirado asserts as follows:

1. The Court sentenced Mr. Tirado on April 3, 2006. As part of his sentence, Mr. Tirado received a period of incarceration.

2. He was given the date of May 3, 2006, on which to self-surrender to a facility designated by the Bureau of Prisons. By way of a previous motion and subsequent order by the Court, this date was extended to June 3, 2006.

3. To date, Mr. Tirado has yet to receive his reporting date and time from the Bureau of Prisons. As such, he wishes to extend the time period to voluntarily surrender himself by another 30 days.

4. Mr. Tirado continues to be strictly compliant with every condition of his pretrial release.

5. Although counsel has not contacted Assistant United States Attorney, Dave Vatti, about the contents of this motion, she believes that based on previous conversations with Atty. Vatti, both in and out of court, that he would not object to this motion being granted.

WHEREFORE, Counsel prays that her Motion to Extend the Time for the Defendant's Voluntary Surrender be granted and extended by 30 days or until such time as when Mr. Tirado receives a designation from the Bureau of Prisons.

Respectfully submitted,
Defendant, Jose Tirado

By_____
Atty. Bethany L. Phillips
FedBar # ct19802

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion was served on May 24, 2006, to the following persons and / or entities listed below in compliance with the local rules of practice and procedure.

_____
Atty. Bethany L. Phillips

AUSA Dave Vatti
U.S. Attorney's Office
450 Main Street
Hartford, CT  06103

Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Officer Kattya Lopez
U.S. Probation Office
450 Main Street
Hartford, CT  06103

Jose Tirado
44 Home Terrace
East Hartford, CT  06108

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3 : 02 CR 4 (AWT)

V.

MAY 24, 2006

JOSE TIRADO

### ORDER ON DEFENDANT'S SECOND MOTION FOR EXTENSION OF VOLUNTARY SURRENDER PERIOD

The court having reviewed the contents of the foregoing motion, the same is hereby ordered:

GRANTED / DENIED.

_____
HON. ALVIN W. THOMPSON
United States District Judge

Dated this ____ day of _____, 2006 at Hartford, Connecticut.

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771