**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**



UNITED STATES OF AMERICA

v.

NO. 3 : 02 CR 4 (AWT)

MAY 24, 2006

JOSE TIRADO

## SECOND MOTION TO EXTEND VOLUNTARY SURRENDER PERIOD

The defendant, Jose Tirado, by and through his attorney, Bethany L. Phillips, hereby moves this Honorable Court to extend the time period for his self-surrender. As grounds in support thereof, Mr. Tirado asserts as follows:

1. The Court sentenced Mr. Tirado on April 3, 2006. As part of his sentence, Mr. Tirado received a period of incarceration.

2. He was given the date of May 3, 2006, on which to self-surrender to a facility designated by the Bureau of Prisons. By way of a previous motion and subsequent order by the Court, this date was extended to June 3, 2006.

3. To date, Mr. Tirado has yet to receive his reporting date and time from the Bureau of Prisons. As such, he wishes to extend the time period to voluntarily surrender himself by another 30 days.

4. Mr. Tirado continues to be strictly compliant with every condition of his pretrial release.

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/26/06